# Court of Appeals
# of the State of Georgia

ATLANTA,____March 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0023. OXLEY DEVELOPMENT COMPANY, LLC; TIDEWATER PLANTATIONS, INC., AND CARL "CHIP" DRURY III v. GERMAN AMERICAN CAPITAL CORPORATION.**

Applicants Oxley Development Company, LLC and Tidewater Plantations, Inc. have filed an emergency motion for a ten-day extension of time to file an application for discretionary review of the February 4, 2015 order denying the applicants' motion to set aside a domesticated foreign judgment. Upon consideration of the applicants' motion, the same is hereby GRANTED, and the deadline for filing an application for discretionary review is hereby extended until March 16, 2015.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____03/04/2015____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*